**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**KINAYAH LATSON,**<br><br>　　　　　　　　　Defendant. | CR NO: 2:23-CR-00317-DAD |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | Kinayah Latson | | |
| Detained at | Rio Cosumnes Correctional Center | | |
| Detainee is: | a.) | ☒ charged in this district by: | ☒ Indictment　☐ Information　☐ Complaint |
| | | charging detainee with: | 18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | *(signed)* |
| Printed Name & Phone No: | Justin L. Lee, (916) 554-2700 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 5, 2024

*(signed)*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male　☒ Female | |
| Booking or CDC #: | X-5311311 | DOB: | 03/31/1999 |
| Facility Address: | 12500 Bruceville Road, Elk Grove, CA | Race: | |
| Facility Phone: | (916) 874-1927 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____

　　　　　　　　　　　(signature)