HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KINAYA LATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:23-CR-0317-DAD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO RELEASE AND RETURN DEFENDANT TO COUNTY CUSTODY |
| KINAYA LATSON, | |
| Defendant. | Magistrate Judge Deborah Barnes |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant KINAYA LATSON, that the Court enter an Order that the Marshals Service release and return Ms. LATSON to Sacramento County custody to complete the service of her county sentence.  On January 5, 2024, the Government filed an application for a writ of habeas corpus ad prosequendum to enable the Marshals to bring Ms. LATSON to federal court for her arraignment on January 11, 2024.  (Doc. 15.)  The Marshals did so pursuant to the Court's order.  The parties appeared on January 11, 2024, and Ms. LATSON was arraigned.  The Court set a status conference of March 19, 2024 in front of District Judge Dale A. Drozd.  As Ms. LATSON will be released from county custody in early March, well prior to that date, there is no need for the Marshals to hold her in federal custody on the writ as future federal hearings will be out of custody pursuant to the federal release order.  (Doc. 11.)

Accordingly, the parties jointly request that the Court issue the Order below, which directs the Marshals to release Ms. LATSON and return her to county custody.

Date: January 12, 2024

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
                                     Attorney for Defendant
                                     KINAYA LATSON

DATED: January 12, 2024             PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ Justin Lee
                                     JUSTIN LEE
                                     Assistant U.S. Attorney
                                     Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, ORDERS the United States Marshals Service to release Kinaya LATSON, xref 5311311, and return her to the custody of the Sacramento County Sheriff so that she may complete service of her county sentence in their custody.

Dated:  January 12, 2024

                                     DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE