PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00317-DAD |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE: MOTION TO REVOKE RELEASE ORDER |
| KINAYAH LATSON, | |
| Defendant. | |

### ORDER

Based on the Motion to Revoke Release Order filed by the United States on February 26, 2024,

IT IS HEREBY ORDERED that a BENCH WARRANT be issued for the arrest of the defendant.

Dated: February 26, 2024

_____
Hon. JEREMY D. PETERSON
United States Magistrate Judge