HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
KINAYAH LATSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No:  2:23-CR-0317-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| vs. | ) | STATUS CONFERENCE TO APRIL 29, 2024 |
| | ) | AND EXCLUDE TIME |
| KINAYAH LATSON, | ) | |
| | ) | Date:    April 29, 2024 |
| Defendant. | ) | Time:   9:30 a.m. |
| | ) | Judge:  Hon. Dale A. Drozd |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, and Assistant Federal Defender Rachelle Barbour, counsel for defendant Kinayah Latson, that the status conference scheduled for March 19, 2024, be continued to **Monday, April 29, 2024, at 9:30 a.m.**

//

//

1    Ms. Latson is currently in Placer County custody and therefore is unavailable to attend

2  the scheduled status conference on March 19, 2024. Accordingly, the parties request that the

3  status conference in this matter be reset for April 29, 2024, at 9:30 a.m. The parties agree that

4  time is excludable from March 19, 2024, through April 29, 2024, pursuant to 18 U.S.C. §

5  3161(h)(1)(B), because the delay results from other proceedings concerning Ms. Latson, namely

6  the pending proceedings for which she is in custody in Placer County, and (h)(3)(A), because

7  Ms. Latson is unavailable in this matter.

8  Date: March 14, 2024

9                                        Respectfully submitted,

10                                       HEATHER E. WILLIAMS
11                                       Federal Defender

12                                       /s/ Rachelle Barbour
13                                       RACHELLE BARBOUR
                                         Assistant Federal Defender
14                                       Attorney for Defendant
                                         KINAYAH LATSON
15

16  Date: March 14, 2024                 PHILLIP A. TALBERT
                                         United States Attorney
17

18                                       /s/ Justin Lee
                                         JUSTIN LEE
19                                       Assistant U.S. Attorney
                                         Attorney for the Plaintiff

20

21

22

23

24

25

26

27

28

2

*United States v. Latson*
Stipulation to Continue Status Conference

1

**O R D E R**

2

3          **IT IS HEREBY ORDERED** that the status conference scheduled for March 19,

4     2024, at 9:00 a.m. is continued to **April 29, 2024, at 9:30 a.m.** The time period between March

5     19, 2024, and April 29, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.

6     § 3161(h)(1)(B), because the delay results from other proceedings concerning Ms. Latson,

7     namely the pending proceedings for which she is in custody in Placer County, and (h)(3)(A),

8     because Ms. Latson is unavailable in this matter.

9          IT IS SO ORDERED.

10

11    Dated:   **March 15, 2024**

12                                          DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Latson*
Stipulation to Continue Status Conference

3