1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | RACHELLE BARBOUR, #185395
Assistant Federal Defender
3 | OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
4 | Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
5
Attorney for Defendant
6 | KINAYA LATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No:  2:23-CR-0317-DAD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) DISCOVERY MOTION HEARING |
| | ) |
| KINAYA LATSON, | ) DUTY CALENDAR |
| | ) Thursday, April 11, 2024 |
| Defendant. | ) 2:00 p.m. |
| | ) |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant KINAYA LATSON, that the Court continue the current hearing date of March 19, 2024 at 2:00 p.m. (duty calendar) for Ms. Latson's discovery motion to Thursday, April 11, 2024 at 2:00 p.m.  The Government has just provided additional discovery to the Defense, which will likely allow the parties to narrow the issues for the Court's consideration at the discovery hearing.  Time has already been excluded by the District Court.

Date: March 19, 2024

                         HEATHER E. WILLIAMS
                         Federal Defender

                         /s/ Rachelle Barbour
                         RACHELLE BARBOUR
                         Attorney for Defendant
                         KINAYA LATSON

DATED: March 19, 2024											PHILLIP A. TALBERT
															United States Attorney

															/s/ Justin Lee
															JUSTIN LEE
															Assistant U.S. Attorney
															Attorney for the United States

O R D E R

The hearing is continued to Thursday, April 11, 2024, at 2:00 p.m.

Dated:  March 19, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Stipulation/Order – Latson                    2