HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
KINAYA LATSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:23-CR-0317-DAD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER REQUESTING THAT JUDGMENT AND SENTENCING DATE BE ADVANCED |
| KINAYA LATSON, | |
| Defendant. | Hon. Dale A. Drozd
Proposed Date: July 16, 2024
Time: 9:30 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant KINAYA LATSON, that the Court advance Ms. Latson's sentencing hearing, currently set for August 13, 2024, to Tuesday, July 16, 2024, at 9:30 a.m.

Upon receiving the Draft PSR, the parties were able to agree to the early filing of a final PSR resolving minor objections that did not affect the sentencing guidelines.  The Probation Officer has indicated that she can complete the PSR and provide it to the Court on Wednesday, July 10, 2024.

//

1

2          The parties anticipate that they will jointly request a sentence of 30 months, the low-end

3    of the guideline range found by the Probation Office.  Accordingly, the parties request that the

4    Court advance Ms. Latson's sentencing.  The Probation Officer is in agreement.

5    Date: July 10, 2024

6                                            HEATHER E. WILLIAMS
                                             Federal Defender

7                                            /s/ Rachelle Barbour
8                                            RACHELLE BARBOUR
                                             Attorney for Defendant
9                                            KINAYA LATSON

10   Date: July 10, 2024                     PHILLIP A. TALBERT
                                             United States Attorney
11

12                                           /s/ Justin Lee
                                             JUSTIN LEE
13                                           Assistant U.S. Attorney
                                             Attorney for the United States
14

15                                **O R D E R**

16

17         Pursuant to the stipulation of the parties and good cause appearing, the sentencing

18   hearing in this case, currently set for August 13, 2024, is advanced to July 16, 2024, at 9:30 a.m.

19

20         IT IS SO ORDERED.

21   Dated:   **July 10, 2024**

22                                           DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation/Order – Latson                          2